**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

MARCUS WRIGHT,                                                                    PLAINTIFF
ADC #122117

v.                                        4:20CV01405-SWW-JTK

ASA HUTCHINSON, et al.                                                      DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety.

IT IS, THEREFORE, ORDERED that:

1.      Plaintiff's Amended Complaint against Defendants is DISMISSED without prejudice, for failure to state a claim upon which relief may be granted.

2.      Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3.      The Court certifies that an in forma pauperis appeal from an Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 24th day of February, 2021.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

1