## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

MARCUS WRIGHT,                                                                      PLAINTIFF
ADC #122117

v.                          4:20CV01405-SWW-JTK

ASA HUTCHINSON, et al.                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

The Court certifies that an <u>in forma pauperis</u> appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 24th day of February, 2021.

                                                        <u>/s/Susan Webber Wright</u>
                                                        UNITED STATES DISTRICT JUDGE